United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLOS O GAPASIN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02866 |
| § | |
| WELLS FARGO BANK, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 5, 2024. Doc. #30. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendants Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT3, Asset-Backed Certificates, Series 2007's and Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment is GRANTED. Doc. #11. In addition, Defendant Sand Canyon Corporation's Motion to Dismiss is GRANTED. Doc. #12. Plaintiffs' Motion for Summary Judgment is hereby DENIED. Doc. #20. Plaintiffs' claims against Defendants Greenwich Capital Financial Products, Inc. and Financial Asset Securities Corp. remain pending.

It is so ORDERED.

__JUN 2 6 2024__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge